**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  DIONTE E THIGPEN  §
        YVONNE S THIGPEN   §   Case No.: 09-08463
                           §
                           §
        Debtor(s)          §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2009.

2) This case was confirmed on 05/07/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/11/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/01/2009, 09/01/2009.

5) The case was dismissed on 10/22/2009.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 10

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    38,500.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 3,210.00 |
| Less amount refunded to debtor | $ 871.89 |
| **NET RECEIPTS** | $ 2,338.11 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,724.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 152.32 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,876.32 |
| Attorney fees paid and disclosed by debtor | $ 1,776.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 110,000.00 | 111,468.47 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | .00 | 32,872.42 | 33,072.42 | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 3,442.71 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,742.71 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,084.13 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,084.13 | NA | NA | .00 | .00 |
| ECONOMY FURNITURE | SECURED | 2,374.99 | .00 | 2,374.99 | 461.79 | .00 |
| ARM & ASSOC INC | SECURED | 1,800.00 | .00 | .00 | .00 | .00 |
| ARM & ASSOC INC | UNSECURED | 55.53 | 1,218.35 | 1,218.35 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 8,624.00 | NA | NA | .00 | .00 |
| PATRISHKA THIGPEN | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,162.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 352.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 970.34 | 1,903.47 | 1,903.47 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 8,151.00 | 9,050.36 | 9,050.36 | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL | UNSECURED | 701.79 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| AT T | UNSECURED | 317.32 | NA | NA | .00 | .00 |
| AUNT MARTHAS COMM HE | UNSECURED | 250.50 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BALLYS TOTAL FITNESS | UNSECURED | 1,346.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 1,885.40 | NA | NA | .00 | .00 |
| BENNETT & DELONEY | OTHER | .00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ICE MOUNTAIN SPRING | UNSECURED | 271.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 995.00 | NA | NA | .00 | .00 |
| VILLAGE OF SAUK VILL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| PRONGER SMITH CLINIC | UNSECURED | 608.00 | NA | NA | .00 | .00 |
| CFS SUNTECH SERVICIN | UNSECURED | 1,834.00 | NA | NA | .00 | .00 |
| SUN TECH LOANS | UNSECURED | 1,633.00 | NA | NA | .00 | .00 |
| CHECKIT | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO STATE PARKIN | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CITY OF CHAMPAIGN | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| CODILIS & ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| COMM SCH DIST 168 | UNSECURED | 61.08 | NA | NA | .00 | .00 |
| FORT KNOX FEDERAL CR | UNSECURED | 843.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| INSIGHT COMMUNICATIO | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 488.00 | NA | NA | .00 | .00 |
| SUBURBAN OPEN MRI | UNSECURED | 1,059.00 | NA | NA | .00 | .00 |
| PRONGER SMITH CLINIC | UNSECURED | .00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| DELTA MANAGEMENT ASS | UNSECURED | 244.25 | NA | NA | .00 | .00 |
| SPRINT NEXTEL DISTRI | UNSECURED | 1,147.00 | 1,146.87 | 1,146.87 | .00 | .00 |
| ECMC | UNSECURED | 2,065.00 | 2,461.72 | 2,461.72 | .00 | .00 |
| ECMC | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 995.00 | NA | NA | .00 | .00 |
| ER SOULTIONS INC | OTHER | .00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| FIRST CREDIT CORP | UNSECURED | 2,337.84 | .00 | .00 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 342.00 | 424.16 | 424.16 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 332.00 | 407.09 | 407.09 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 995.00 | NA | NA | .00 | .00 |
| GENERAL REV CORP | OTHER | .00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 11,145.00 | 11,353.03 | 11,353.03 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 512.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 255.00 | 2,171.11 | 2,171.11 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 479.00 | 479.48 | 479.48 | .00 | .00 |
| HSBC NV/GM CARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 585.30 | 585.30 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS STATE HIGHW | UNSECURED | 1,838.90 | 2,192.70 | 2,192.70 | .00 | .00 |
| JEROLD KAPLAN LAW OF | OTHER | .00 | NA | NA | .00 | .00 |
| JERR SALZBERG | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED AIRLINES | UNSECURED | 1,009.00 | .00 | .00 | .00 | .00 |
| ECONOMY INTERIOR | UNSECURED | 2,836.00 | NA | NA | .00 | .00 |
| LAURIE S GORDON DDS | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| LTD COMMODITIES | UNSECURED | 57.97 | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 10,606.00 | NA | NA | .00 | .00 |
| PRONGER SMITH MEDICA | UNSECURED | 2,500.00 | 2,563.24 | 2,563.24 | .00 | .00 |
| METRA TICKET COLLECT | UNSECURED | 56.45 | NA | NA | .00 | .00 |
| MICROSOFT | UNSECURED | 43.90 | NA | NA | .00 | .00 |
| MOON E KIM MD | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| MORGEN & ERL | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 525.00 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANC | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANC | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| NELNET | UNSECURED | 6,375.00 | 11,462.00 | 11,462.00 | .00 | .00 |
| NELNET | UNSECURED | 4,950.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| NORTH ST PROPERTY | UNSECURED | 2,098.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 43.00 | NA | NA | .00 | .00 |
| PRONGER SMITH MEDICA | UNSECURED | 137.64 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 750.00 | 750.00 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS BK | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 11,228.00 | 24,920.49 | 24,920.49 | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 8,568.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 4,207.00 | 4,523.48 | 4,523.48 | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 2,338.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 1,698.00 | 1,880.55 | 1,880.55 | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 1,690.00 | NA | NA | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 1,322.00 | NA | NA | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 318.00 | NA | NA | .00 | .00 |
| SALLIE MAE 3RD PARTY | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN COLLE | UNSECURED | 296.66 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| TRUSTMARK RECOVERY S | OTHER | .00 | NA | NA | .00 | .00 |
| URBANA FREE LIBRARY | UNSECURED | 56.00 | NA | NA | .00 | .00 |
| UNIV FIDELITY | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 1,557.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 36,732.00 | 38,445.12 | 38,445.12 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
=================================================================================
| Scheduled Creditors:                                                          |
|                                                                               |
| Creditor                    Claim          Claim         Claim      Principal      Int.   |
|   Name            Class    Scheduled      Asserted      Allowed        Paid        Paid   |
|                                                                               |
| US DEPT OF EDUCATION  UNSECURED    6,100.00       7,150.96     7,150.96         .00         .00 |
| ECMC                  UNSECURED    1,834.00       4,217.00     4,217.00         .00         .00 |
| WACHOVIA BK EDUCAID   UNSECURED    1,633.00            NA           NA          .00         .00 |
| WELL GROUP HEALTH PA  UNSECURED      997.40            NA           NA          .00         .00 |
| WEXLER & WEXLER       OTHER             .00            NA           NA          .00         .00 |
=================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 33,072.42 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 2,374.99 | 461.79 | .00 |
| **TOTAL SECURED:** | 35,447.41 | 461.79 | .00 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | 129,306.48 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,876.32 |
| Disbursements to Creditors | $ | 461.79 |
| **TOTAL DISBURSEMENTS:** | $ | 2,338.11 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/21/2010     /s/ Tom Vaughn
                     Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**